Criminal Std  (6/13/2012)

HONORABLE: Alvin W. Thompson

DEPUTY CLERK L. S. Ferguson   RPTR/ECRO/TAPE C. Thompson

USPO _____   INTERPRETER _____

TOTAL TIME: ____ hours 47 minutes

DATE: Feb 16, 2016   START TIME: 4:04 pm   END TIME: 4:51 pm

## COURTROOM MINUTES

| | | | |
|---|---|---|---|
| ☐ IA-INITIAL APPEAR | ☐ BOND HRG | ☒ CHANGE OF PLEA | **45** ☐ IN CAMERA HRG |
| ☐ IA- RULE 5 | ☐ DETENTION HRG | ☐ WAIVER/PLEA HRG | ☐ COMPETENCY HRG |
| ☐ ARRAIGNMENT | ☐ PROBABLE CAUSE | ☐ EXTRADITION HRG | ☐ FORFEITURE |
| ☐ CONFLICT HRG | ☐ EVIDENTIARY HRG | ☐ STATUS CONF | ☒ MOTION HRG  **2m** |

CRIMINAL NO. 3:15-cr-00168-AWT   DEFT # 9

Amy Christine Brown
AUSA

**UNITED STATES OF AMERICA**
vs
ANTHONY PALMIERI

Cheryl E. Heffernan

Counsel for Defendant Ret ☐ CJA ☒ PDA ☐

☐ ……Deft failed to appear. Oral Motion for issuance of Warrant ☐granted ☐denied ☐ Bond FORFEITED

☐ …… ☐Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____

☐ …… CJA 23 Financial Affidavit filed ☐under seal

☐ …… Order Appointing Federal Public Defender's Office filed

☐ …… Court appoints Attorney_____ to represent defendant for ☐ this proceeding only ☐all proceedings

☐ …… Appearance of _____ filed

☐ …… ☐Complaint filed ☐ Sealed Complaint filed ☐Affidavit of _____ filed

☐ …… ☐Information/Misdemeanor filed ☐ Sealed Information filed

☐ …… ☐Waiver of Indictment (case opening) filed ☐ Felony Information filed

☐ …… ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed

☒ …… Plea Agreement Ltr filed ☐under seal ☐to be e-filed

☒ ……Plea of ☐ not guilty ☒ guilty ☐nolo contendere to count(s) 1 of the Indictment

☒ …… Petition to Enter Guilty Plea filed                          (indict, superseding indict, info)

☐ …… Defendant motions due _____ ; Government responses due _____

☐ …… Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order

☐ ……Hearing on Pending Motions scheduled for _____ at _____

☐ …… Jury Selection set for _____ at _____

☐ …… Remaining Count(s) to be dismissed at sentencing

☒ …… Sentencing set for 05-10-2016 at 11:30 am   ☒ Probation 246B Order for PSI & Report

☐ …… Special Assessment of $_____ on count(s)_____. Total $ _____ ☐ Due immediately☐ Pay at sentencing

☐ …… Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT

☐ …… Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT

☐ …… Order of Detention filed

☐ …… Deft ordered removed/committed to originating /another District of _____

☐ …… No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed

☐ …… Waiver of Rule 5 Hearing filed

☐ …… Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ADVISEMENT

☐ …… Bond ☐ set at $_____ ☐reduced to $_____ ☐ Non-surety ☐ Surety ☐Personal Recognizance

☒ …… Bond ☐ revoked ☐ reinstated ☒ continued ☐ modified

☐ …… Defendant detained

☐ …… _____ Hearing ☐ waived ☐set for _____ ☐ continued until _____

☐ …… Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☒ conditions of bond ☒additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ...... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ...... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ....... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ...... Deft must maintain employment or actively seek employment.

☐ ...... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ...... as set forth in the Order Setting Conditions of Release

☒ ....... Defendant shall voluntarily appear for Sentencing on 5/10/16 at 11:30 am. _____

_____

_____

_____

**ADDITIONAL PROCEEDINGS**

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☒ 123 Deft's oral motion | for continued Release pending Sentencing | ☒ granted | ☐ denied | ☐ advisement |
| ☐ Deft's oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ Deft's oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ Deft's oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ Govt's oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ Govt's oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ Govt's oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ Govt's oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ Deft ___ Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ Deft ___ Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ Govt Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ Govt Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | ☐ filed ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | ☐ filed ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | ☐ filed ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | ☐ filed ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | ☐ filed ☐ granted | ☐ denied | ☐ advisement |